# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

CALVIN L. MOORE,                    )
                                    )
        Petitioner,                 )
                                    )
v.                                  )        Case No. CV415-263
                                    )
WARDEN GREGORY                      )
McLAUGHLIN,                         )
                                    )
        Respondent.                 )

## ORDER

Calvin L. Moore, who is detained at the Macon State prison in Oglethorpe, Georgia, attacks a Tift County conviction and sentence for murder, felony murder, and aggravated assault pursuant to 28 U.S.C. § 2254. Doc. 1. Federal law, however, only permits filing state habeas petitions in the district of conviction or confinement. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). Moore is neither detained in this district nor is he attacking a local conviction or sentence. Both Tift and Macon counties lie within the Middle District of Georgia's jurisdiction. 28 U.S.C. § 90. Since his case

lacks any tie to this District, the Clerk is **DIRECTED** to transfer it to the Middle District for all further proceedings.

**SO ORDERED**, this 29 day of September, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**